## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

| | |
|---|---|
| AL M. WILLIAMS, ET AL.<br>#362773<br><br>　　　　Plaintiffs<br>v.<br><br>MARVELL, CITY OF, ET AL.<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*　No. 2:11CV00210 SWW-HDY<br>*<br>*<br>*<br>* |

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of pertinent portions of the record, the Court finds that the Proposed Findings and Partial Recommended Disposition (docket entry #26) should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Plaintiff's motions for injunctive relief (docket entries #24, #25) are DENIED.

IT IS SO ORDERED this 22nd day of February, 2012.

　　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE