IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

AL M. WILLIAMS *et al.*                                                                                                PLAINTIFFS
#362773

V.                      NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*                                                                    DEFENDANTS

## ORDER

The court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff is allowed to proceed with his retaliation claims only against Lonnie Whitfield, James Bell, Ruben Robinson, and Ronnie White, and any other retaliation claims are DISMISSED WITH PREJUDICE.

2. Plaintiff is allowed to proceed with his inadequate medical care claims against the City of Marvell, Phillips County, Ronnie White, Ruben Robinson, Jeremy Henson, Lonnie Whitfield, and James Bell, and any other claims against the City of Marvell, Phillips County, Ronnie White, Ruben Robinson, Jeremy Henson, Lonnie Whitfield, and James Bell

are DISMISSED WITH PREJUDICE.

3. Plaintiff's 42 U.S.C. § 1983 claims against defendant Arthur Levy are DISMISSED WITH PREJUDICE, any other claims against Levy are DISMISSED WITHOUT PREJUDICE, and Levy's name is removed as a party defendant.

4. Plaintiff's claims against the Phillips County Sheriff Department and the Helena Regional Medical Center are DISMISSED WITH PREJUDICE, and the names of the Phillips County Sheriff Department and the Helena Regional Medical Center are removed as party defendants.

5. Plaintiff's motions for class action status, and to consolidate (docket entries #5 & #6) are DENIED.

6. The names of the John Does are removed as party plaintiffs.

DATED this 24th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE