**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

AL M. WILLIAMS *et al.*     PLAINTIFFS
#362773

V.     NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*     DEFENDANTS

**ORDER**

On March 15, 2012, Defendants Michael Harris, City of Marvell, and Uless Wallace, filed a motion for judgment on the pleadings, along with a brief in support (docket entries #55 & #56). Although more than 14 days have passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted additional time to respond.

The Court also notes that the summons was returned unexecuted as to Defendant Phillips County on January 23, 2012 (docket entry #29). A note on the return seems to indicate the summons was erroneously believed to be for the City of Marvell. Accordingly, service should again be attempted.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff file his response to Defendants' motion for judgment on the pleadings no later than 14 days after the entry of this order.

2. Service is appropriate for Defendant Phillips County, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon it, without prepayment of fees and costs or security therefor.

DATED this __11__ day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE