**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

AL M. WILLIAMS *et al.*                                                                            PLAINTIFFS
#362773

V.                                NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*                                            DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT the motion for judgment on the pleadings filed by Defendants Michael Harris, City of Marvell, and Uless Wallace (docket entry #55) is DENIED.

IT IS SO ORDERED THIS 22ND DAY OF JUNE, 2012.

                                                              /s/Susan Webber Wright

                                                              UNITED STATES DISTRICT JUDGE