# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

AL M. WILLIAMS *et al.*        PLAINTIFFS
#362773

V.        NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for summary judgment (docket entry #85) is DENIED.

DATED this 13th day of August, 2012.

       /s/Susan Webber Wright
       UNITED STATES DISTRICT JUDGE