**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

AL M. WILLIAMS *et al.*                                                    PLAINTIFFS
#362773

V.                              NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young. No objections have been filed. After

careful consideration, the Court concludes that the Proposed Findings and Partial Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for summary judgment (docket

entry #85) is DENIED.

DATED this 13th day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE