# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

AL M. WILLIAMS *et al.*

#362773
PLAINTIFFS

V.  NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*   DEFENDANTS

## ORDER

By order entered August 13, 2012, the Court adopted the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, recommending the Plaintiff's motion for summary judgment be denied. Now before the Court is Plaintiff's motion for reconsideration. Plaintiff correctly notes that the Court adopted the partial recommended disposition before his extended deadline for filing objections had expired.

The Court finds that the order entered August 13, 2012 (docket entry #118) should be and it is hereby VACATED. Plaintiff has up to and including August 23, 2012 in which to file objections to the Proposed Findings and Partial Recommended Disposition (docket entry #108).

IT IS SO ORDERED THIS 20TH DAY OF AUGUST, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE