# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

AL M. WILLIAMS *et al.*     PLAINTIFFS
#362773

V.     NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*     DEFENDANTS

## ORDER

The Court has received from Plaintiff *pro se* objections to the undersigned's July 19, 2012, partial report and recommendations. Plaintiff is now represented by counsel, and the Court's practice in such cases is to accept pleadings only from the attorney of record. Accordingly, the Clerk is directed to forward Plaintiff's objections to his attorney of record without filing them. Plaintiff's attorney may consider Plaintiff's objections in formulating his response.

IT IS SO ORDERED this __27__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE