**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

AL M. WILLIAMS *et al.*  PLAINTIFFS
#362773

V.                    NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*  DEFENDANTS

## **ORDER**

On July 19, 2012, United States Magistrate Judge H. David Young entered a partial report and recommendations that Plaintiff's motion for summary judgment be denied (docket entry #108). Plaintiff's response was due on August 23, 2012. Although Plaintiff submitted objections, Judge Young noted that Plaintiff, previously proceeding *pro se*, is now represented by counsel, and directed that Plaintiff's objections be forwarded to his attorney for his consideration. Under the circumstances, Plaintiff's attorney should be provided additional time to file any objections. Accordingly, any objections to Judge Young's July 19, 2012, partial report and recommendations must be filed no later than 14 days after the entry date of this order.

IT IS SO ORDERED this 27TH day of August, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE