**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

AL M. WILLIAMS *et al.*  PLAINTIFFS
#362773

V.  NO: 2:11CV00210 SWW/HDY

MARVELL, CITY OF *et al.*  DEFENDANTS

## ORDER

The Court has received from Plaintiff a *pro se* motion for reconsideration of the Court's order denying his request to have opposing counsel provide him with copies of pleadings Plaintiff asserts were lost by his custodians. Because Plaintiff is now represented by counsel, the Clerk is directed to forward the motion to Plaintiff's attorney without filing it. Plaintiff should work with his attorney for any future motions or other pleadings. Any papers submitted in the future by Plaintiff rather than his attorney will be returned to Plaintiff without filing them. The Clerk is directed to send a copy of this order to Plaintiff, as well as his attorney of record.

IT IS SO ORDERED this __28__ day of August, 2012.

UNITED STATES MAGISTRATE JUDGE