IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

AL M. WILLIAMS, *et al.*
#362773                                                                                                      PLAINTIFFS

v.                             NO. 2:11CV00210 SWW/HDY

MARVELL, CITY OF, *et al.*                                          DEFENDANTS

## APPLICATION FOR REIMBURSEMENT OF OUT-OF-POCKET EXPENSES

Comes now The Boswell Law Firm, and for its Application for Reimbursement of Out-of-Pocket Expenses, states:

1. Monies derived from the annual fees paid by attorneys admitted to practice before this Court may be used to reimburse appointed attorneys for out-of-pocket expenses. *See* Exhibit "A" to Local Rule 83.6.

2. Moreover, the Court may request an attorney to represent any person unable to afford counsel. *See* 28 USC § 1915(e)(1).

3. In the above-captioned matter, the undersigned counsel has been appointed to represent Plaintiff in a § 1983 action related to incidents that occurred in Phillips County, Arkansas, on March 22, 2011, and March 27-30, 2011.

4. To date, The Boswell Law Firm has expended $2,448.48 related to pursuing this matter, and respectfully requests to be reimbursed for such out-of-pocket costs.

5. A detailed itemization of all costs and expenses for which the disbursement is requested is attached as Exhibit "A."

6.    A Supporting Brief is being filed contemporaneously herewith.

**WHEREFORE**, the undersigned counsel prays that all out-of-pocket expenses be reimbursed in the amount of $2,448.48 and for any and all other just and proper relief.

Respectfully Submitted,

THE BOSWELL LAW FIRM
Attorneys for Plaintiff


BY:   /s/ John Andrew Ellis
Ted Boswell, AR Bar No. 58003
John Andrew Ellis, AR Bar No. 99012
Post Office Box 798
Bryant, AR 72089-0798
(501) 847-3031
Fax (501) 847-4354

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2013, a copy of the foregoing Application for Reimbursement of Out-of-pocket expenses was filed electronically. Notice of this filing will be sent to the following party by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

C. Burt Newell
221 Hobson Ave.
Hot Springs, AR 71913

Nicholas Rudolph Windle
221 Hobson Ave.
Hot Springs, AR 71913

Moreover, I hereby certify that on the 5th day of September, 2013, a hard copy of the foregoing Application for Reimbursement of Out-of-Pocket Expenses was mailed to:

Mr. Al M. Williams
P. O. Box 802
Marvell, AR   72366

/s/ John Andrew Ellis
John Andrew Ellis